**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

THE INSURANCE COMPANY OF THE
STATE OF PENNSYLVANIA, a foreign
corporation; AMERICAN HOME
ASSURANCE COMPANY, a foreign
corporation; and NATIONAL UNION FIRE
INSURANCE COMPANY OF PITTSBURGH,
PA, a foreign corporation,

Civil Case Number: 07-cv-15170

PAUL D. BORMAN
UNITED STATES DISTRICT COURT

          Plaintiffs,

v.

ALTERNATIVE INSURANCE SERVICES,
INC., a Michigan Corporation, and JOHN F.
FLAHERTY, an individual,

          Defendants.
_____/

## ORDER DENYING DEFENDANT JOHN F. FLAHERTY'S APPLICATION FOR APPOINTMENT OF COUNSEL

Before the Court is Defendant John F. Flaherty's January 9, 2008 Request for a Court Appointed Attorney. (Dkt. No. 35). The Court liberally construes Plaintiff's Request as a Motion to Appoint Counsel.

Having considered the application for appointment of counsel under 28 U.S.C. § 1915(e), IT IS ORDERED that the application is DENIED.

1

**SO ORDERED.**

                                                    S/Paul D. Borman
                                                    PAUL D. BORMAN
                                                    UNITED STATES DISTRICT JUDGE

Dated:  January 14, 2009

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 14, 2009.

                                                    S/Denise Goodine
                                                    Case Manager